1 | MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants City of Bullhead City,
   Bullhead City Police Department, and
   Eddie Espinoza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON MCMILLEN, an individual and On Behalf of Others Similarly Situated;<br><br>Plaintiff,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CHARLES SMITH, an Individual; CITY OF BULLHEAD CITY, a Municipal Corporation of the State of Arizona; BULLHEAD CITY POLICE DEPARTMENT, a Political Subdivision of the State of Arizona; EDDIE ESPINOZA, an Individual; and DOES I–X, Unknown Persons or Entities,<br><br>Defendants. | Case No.: 2:24-cv-00415-RFB-MDC<br><br>**Stipulation and Order Regarding the Appearance Deadline for Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza**<br><br>*First Request* |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza to answer or otherwise appear in response to Plaintiff's First Amended Complaint to May 1, 2024.

(*continued on next page*)

1

1   This is the Parties' first request for an extension of this deadline.  This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | RYAN ALEXANDER, CHTD. |
|---|---|
| */s/ Dan McNutt* | */s/ Ryan Alexander* |
| Dan McNutt, Esq. (Bar No. 7815) | Ryan Alexander, Esq. (Bar No. 10845) |
| Matt Wolf, Esq. (Bar No. 10801) | Richard Englemann, Esq. (Bar No. 6965) |
| 11441 Allerton Park Drive, Suite 100 | 3017 West Charleston Blvd., Suite 10 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89102 |
| *Counsel for Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza* | *Counsel for Plaintiff* |

**IT IS SO ORDERED:**

_____
Maximiliano D. Couvillier III United States Magistrate Judge

DATED: 4/2/24