LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Charles Smith*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON McMILLEN, an Individual and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CHARLES SMITH, an Individual; CITY OF BULLHEAD CITY, a Municipal Corporation in the State of Arizona; BULLHEAD CITY POLICE DEPARTMENT, a Political Subdivision of the State of Arizona; EDDIE ESPINOZA, an Individual; and DOES I-X, Unknown Persons or Entities,<br><br>Defendants. | Case No.:   2:24-cv-00415-RFB-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE A REPLY**<br><br>**(First Request)**<br>**[ECF Nos. 11, 15]** |

Defendants Las Vegas Metropolitan Police Department and Charles Smith (collectively "LVMPD Defendants"), through their counsel of Kaempfer Crowell, alongside Plaintiff Shannon McMillen, through her counsel of Ryan Alexander, CHTD., and Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza, through their counsel of McNutt

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3697131_1.docx   6943.307

Page 1 of 2

1  Law Firm, stipulate and agree to extend the deadline for LVMPD Defendants to file a Reply in
2  support of the Motion to Dismiss, (ECF No. 11).  The current deadline for LVMPD Defendants
3  to file a Reply is April 15, 2024.  The stipulated four-day extension of time will create a new
4  deadline of April 19, 2024.  This request is submitted under Local Rule IA 6-1 and 6-2 and is
5  LVMPD Defendants' first request for an extension of time regarding the Reply.

6  Good cause exists for this extension.  LVMPD Defendants' undersigned counsel
7  respectfully requests additional time to prepare and finalize the Reply in light of being out of the
8  office earlier in the week due to a family wedding.  This Stipulation is sought in good faith and
9  not for undue delay.

| | |
|---|---|
| DATED this 12th day of April, 2024. | DATED this 15th day of April, 2024. |
| By:  /s/ Ryan Alexander<br>Ryan Alexander<br>Richard Englemann<br>RYAN ALEXANDER, CHTD.<br>3017 West Charleston Blvd., Ste. 10<br>Las Vegas, NV 89102<br>Phone: (702) 868-3311<br>Fax: (702) 822-1133<br>**Attorneys for Plaintiff Shannon McMillen** | By:  /s/ Matt Wolf<br>Dan McNutt<br>Matt Wolf<br>MCNUTT LAW FIRM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135<br>Tel.: (702) 384-1170<br>Fax.: (702) 384-5529<br>drm@mcnuttlawfirm.com<br>mcw@mcnuttlawfirm.com<br>**Attorneys for Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza** |
| DATED this 12th day of April, 2024. | |
| By:  /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON (Nevada Bar No. 5781)<br>KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135<br>**Attorneys for Defendants Las Vegas Metropolitan Police Department and Charles Smith** | **DATED: April 16, 2024.**<br><br>_____<br>**United States District Court Judge** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3697131_1.docx  6943.307

Page 2 of 2