**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Shannon McMillen,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Las Vegas Metropolitan Police Department, *et al.*,<br><br>　　　　　　　Defendant(s). | 2:24-cv-00415-RFB-MDC<br><br>**Order** |

　　　　IT IS ORDERED that the *Stipulation to Stay Discovery* (ECF No. 30) is GRANTED. If the Court denies either motion at ECF Nos. 11 or 24, the parties must submit an amended Stipulated Discovery Plan and Scheduling Order within 21 days of entry of the order denying the motion.

　　　　DATED this 6th day of June 2024.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge