1  MCNUTT LAW FIRM, P.C.
2  Daniel R. McNutt, Esq., Bar No. 7815
   Matthew C. Wolf, Esq., Bar No. 10801
3  11441 Allerton Park Drive, #100
4  Las Vegas, Nevada 89135
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
5  drm@mcnuttlawfirm.com
   mcw@mcnuttlawfirm.com
6  *Counsel for Defendants City of Bullhead City,*
7     *Bullhead City Police Department, and*
      *Eddie Espinoza*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON MCMILLEN, an individual and On Behalf of Others Similarly Situated; | Case No.: 2:24-cv-00415-RFB-MDC |
| Plaintiff, | **Stipulation and Order to Extend Response Deadline to the Second Amended Complaint** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CHARLES SMITH, an Individual; CITY OF BULLHEAD CITY, a Municipal Corporation of the State of Arizona; BULLHEAD CITY POLICE DEPARTMENT, a Political Subdivision of the State of Arizona; EDDIE ESPINOZA, an Individual; and DOES I–X, Unknown Persons or Entities, | *First Request* |
| Defendants. | |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for Defendants to respond to Plaintiff's Second Amended Complaint by 14 days to April 14, 2025 (Dkt. 40).

This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for

1

an improper purpose.

    IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

/s/ Dan McNutt
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Counsel for Defendants City of
Bullhead City, Bullhead City Police
Department, and Eddie Espinoza

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
Lyssa S. Anderson, Esq. (Bar No. 5781)
Kristopher J. Kalkowski, Esq.
(Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Counsel for the LVMPD Defendants

RYAN ALEXANDER, CHTD.

/s/ Ryan Alexander
Ryan Alexander, Esq. (Bar No. 10845)
Richard Englemann, Esq.
(Bar No. 6965)
3017 West Charleston Blvd., Suite 10
Las Vegas, Nevada 89102
Counsel for Plaintiff

    **IT IS SO ORDERED**.

    **DATED**: this 19th day of March, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2