MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants City of Bullhead City
and Eddie Espinoza*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON MCMILLEN, an individual and On Behalf of Others Similarly Situated; <br><br> Plaintiff, <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CHARLES SMITH, an Individual; CITY OF BULLHEAD CITY, a Municipal Corporation of the State of Arizona; EDDIE ESPINOZA, an Individual; and DOES I–X, Unknown Persons or Entities, <br><br> Defendants. | Case No.: 2:24-cv-00415-RFB-MDC <br><br> **Stipulation and Order to Extend the Reply Deadline to Plaintiff's Omnibus Opposition to Defendants' Motion to Dismiss** <br><br> ***First Request*** |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for the Arizona Defendants (Defendants City of Bullhead City and Eddie Espinoza) and the LVMPD Defendants (Defendants Las Vegas Metropolitan Police Department and Charles Smith) to respond to Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss (Dkt. 53) by one week from the current deadline of May 20, 2025, to May 27, 2025.

(*continued on next page*)

1

1          This is the Parties' first request for an extension of this deadline.  Counsel for the Ari-

2    zona Defendants have multiple depositions and a settlement conference on calendar for the

3    week of May 12th.  This extension is necessary to adequately prepare the Reply.  This Stipula-

4    tion is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

5          IT IS SO STIPULATED.

6    MCNUTT LAW FIRM, P.C.                          KAEMPFER CROWELL

7    /s/ Dan McNutt                                 /s/ Kristopher Kalkowski
     Dan McNutt, Esq. (Bar No. 7815)               Lyssa S. Anderson, Esq. (Bar No. 5781)
8    Matt Wolf, Esq. (Bar No. 10801)               Kristopher J. Kalkowski, Esq.
9    11441 Allerton Park Drive, Suite 100          (Bar No. 14892)
     Las Vegas, Nevada 89135                       1980 Festival Plaza Drive, Suite 650
10   Counsel for Defendants City of Bullhead City,  Las Vegas, Nevada 89135
     And Eddie Espinoza                            Counsel for the LVMPD Defendants
11

12
     RYAN ALEXANDER, CHTD.
13
     /s/ Ryan Alexander
14   Ryan Alexander, Esq. (Bar No. 10845)
     Richard Englemann, Esq. (Bar No. 6965)
15   3017 West Charleston Blvd., Suite 10
16   Las Vegas, Nevada 89102
     Counsel for Plaintiff
17

18        **IT IS SO ORDERED.**

19        **DATED** this 16th day of May, 2025.

20

21        _____
22        **RICHARD F. BOULWARE, II**
          **UNITED STATES DISTRICT JUDGE**
23

24

25

26

27

28

2