MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants City of Bullhead City
and Eddie Espinoza*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON MCMILLEN, an individual and On Behalf of Others Similarly Situated;<br><br>Plaintiff,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CHARLES SMITH, an Individual; CITY OF BULLHEAD CITY, a Municipal Corporation of the State of Arizona; EDDIE ESPINOZA, an Individual; and DOES I–X, Unknown Persons or Entities,<br><br>Defendants. | Case No.: 2:24-cv-00415-RFB-MDC<br><br>**Stipulation and Order to Extend the Deadline for Defendants to Oppose Plaintiff's Motion for Leave to Amend**<br><br>***First Request*** |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for the Arizona Defendants (Defendants City of Bullhead City, Bullhead City Police Department, and Eddie Espinoza) and the LVMPD Defendants (Las Vegas Metropolitan Police Department and Charles Smith) to respond to Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 67) from April 8, 2026, to April 22, 2026.

(*continued on next page*)

1

This is the Parties' first request for an extension of this deadline.  Good cause exists for this request because Defendants need additional time to research the amended claims raised in the proposed Third Amended Complaint.  This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | KAEMPFER CROWELL |
|---|---|
| /s/ Dan McNutt | /s/ Kristopher Kalkowski |
| Dan McNutt, Esq. (Bar No. 7815) | Lyssa S. Anderson, Esq. (Bar No. 5781) |
| Matt Wolf, Esq. (Bar No. 10801) | Kristopher J. Kalkowski, Esq. |
| 11441 Allerton Park Drive, Suite 100 | (Bar No. 14892) |
| Las Vegas, Nevada 89135 | 1980 Festival Plaza Drive, Suite 650 |
| *Counsel for Defendants City of Bullhead City, And Eddie Espinoza* | Las Vegas, Nevada 89135 |
| | *Counsel for the LVMPD Defendants* |

LAW OFFICES OF LOUIS C. SCHNEIDER

/s/ Louis C. Schneider
Louis C. Schneider, Esq. (Bar No. 9683)
711 South 9th Street
Las Vegas, Nevada 89101
*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-10-26 _____