# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Shannon McMillen,

                Plaintiff(s),

vs.

Las Vegas Metropolitan Police Department,

                Defendant(s).

2:24-cv-00415-RFB-MDC

**ORDER**

Plaintiff filed a *Motion for Leave to file Excess pages* ("Motion"). *ECF No. 69*. The Court **DENIES** the Motion as unnecessary.

Plaintiff seeks leave to file an amended complaint "to exceed the page limit by 17 pages for Plaintiff's Third Amended Complaint" citing to Local Rule 7-3(b) which declares that, "… All other motions, responses to motions, and pretrial and post-trial briefs are limited to 24 pages, excluding exhibits." D. Nev. Local Rule 7-3(b). *ECF No. 69 at* 2. This rule, however, applies to motions, not to pleadings. See Fed. R. Civ. P. 7 (a complaint is a pleading). Neither Fed. R. Civ. P.  7, which addresses the pleadings allowed, nor Fed. R. Civ. P.  8, which addresses general rules of pleading, include a page limitation on pleadings.

**IT IS ORDERED that** *Motion for Leave to file Excess pages* (ECF No. 69) is **DENIED as unnecessary.**

      DATED:    May 18, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1